

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Abel Lachica, | § | No. 08-21-00022-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| Irasema Medina, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCM3579) |
| | § | |
| | § | |

# **O R D E R**

Pending before the Court is Appellee's emergency motion to abate the appeal. The motion is GRANTED, and the appeal is abated until October 14, 2022. The appellate timetable will be suspended during the abatement. The parties are directed to notify the Court the status of the SAPCR and whether the dispute has been resolved and to file the motion necessary to dispose of the appeal. *See* TEX.R.APP.P. 42.1(a)(1), (2).

IT IS SO ORDERED this 15th day of August, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.